IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JERRIS JONES,<br><br>     Plaintiff,<br><br>v.<br><br>BLOCKDANCE BV, et al.,<br><br>     Defendants. | ORDER TO SHOW CAUSE FOR FAILURE TO TIMELY SERVE<br><br>Case No. 1:25-cv-00176-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Plaintiff filed his Complaint against Defendants on November 5, 2025.[1] On February 11, 2026, pursuant to Fed. R. Civ. P. 4(m), the Court ordered Plaintiff to file proof of timely and proper service upon Defendants or a document setting forth good cause for failure to timely file within fourteen days of the order.[2] Plaintiff failed to do so.

Therefore, the Court HEREBY ORDERS Plaintiff to show cause as to why this case should not be dismissed for failure to serve under Rule 4(m). Plaintiff must file a response to this Order on or before March 10, 2026. Failure to do so may result in dismissal of this case.

    DATED  March 3, 2026.

         BY THE COURT:

         _____
         TED STEWART
         United States District Judge

---

[1] Docket No. 1.

[2] Docket No. 6.